UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

DESHAWN THOMAS

                                      Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20 -CR-    ( )( )

20-cr-626 PMH

Defendant DESHAWN THOMAS hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/ Deshawn Thomas
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DESHAWN THOMAS
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge