UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DESHAWN THOMAS

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626 (PMH)

Defendant DESHAWN THOMAS hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

____   Initial Appearance Before a Judicial Officer

____   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


/s/ Deshawn Thomas
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DESHAWN THOMAS
Print Defendant's Name

*John S. Wallenstein*
_____
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge