UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :         **SCHEDULING ORDER**
                                 :
**Deshawn Thomas,**              :         20-cr-00626-PMH-4
            Defendant.           :
                                 :
-------------------------------------------------------------x

The Court has scheduled a Change of Plea Hearing in this matter on April 27, 2022 at 2:30 p.m. in courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 24, 2022                   SO ORDERED:

                                        _____
                                        Philip M. Halpern, U.S.D.J