UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :           **SCHEDULING ORDER**
                                 :
**Deshawn Thomas,**              :           20-cr-00626-PMH-4
         Defendant.   :
                                 :
------------------------------------------------------------x

    The Court has scheduled a Hearing on <u>September 22, 2022 at 3:30 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 13, 2022                SO ORDERED:

                                                      _____
                                                      Philip M. Halpern, U.S.D.J