# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

October 19, 2022

**VIA E.C.F.**

Hon. Philip M. Halpern  
United States District Court Judge  
300 Quarropas Street  
White Plains, NY 10601-4150

RE: <u>United States v. DeShawn Thomas 20 Cr. 626</u> (PMH) – Extension of time to file letter addressing withdrawal of plea

Dear Judge Halpern:

I write to request a 2-week extension of time to file a letter addressing Mr. Thomas' <u>pro se</u> motion to withdraw his plea. The government has no objection to this request. This is the second request for an extension of time to file a letter addressing Mr. Thomas' <u>pro se</u> motion. The first request was granted. Mr. Thomas and I are in continued discussions regarding this mater. I am not seeking an adjustment to the sentencing schedule. Accordingly, I request a 2-week extension of time to file a letter addressing Mr. Thomas' <u>pro se</u> motion to withdraw his plea.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc: A.U.S.A. Shiva Logarajah

---

Application granted. The time for defendant to file the letter discussed at the 9/22/2022 conference is extended to 11/3/2022.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
October 20, 2022