# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715            MARTIN E. ADAMS
NEW YORK, NY 10006            KARLOFF C. COMMISSIONG
TEL: 212-430-6590            ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305            W.COM

2022

> Application granted. Briefing schedule set as proposed herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          November 7, 2022

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Philip M. Halpern
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601-4150

RE: <u>United States v. DeShawn Thomas 20 Cr. 626</u> (PMH) – Withdrawal of plea

Dear Judge Halpern:

I write to inform the Court that on behalf of Mr. Thomas, counsel intends to file a supplement in support of the motion to withdraw his plea. We request that the Cout set a schedule for filing of motions with respect to this issue. After conferring with the government, we propose the following schedule:

         Defendant's Motion Due: Tuesday, November 22, 2022
         Government's Response Due: Tuesday, December 13, 2022
         Defendant's Reply Motion Due: Tuesday, December 20, 2022

Accordingly, we request that the Court set a schedule for the filing of motions with respect to the withdrawal of Mr. Thomas' plea.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*
Karloff C. Commissiong, Esq.

Cc: A.U.S.A. Shiva Logarajah