# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

February 23, 2023

**VIA E.C.F.**

Hon. Philip M. Halpern  
United States District Court Judge  
300 Quarropas Street  
White Plains, NY 10601-4150

RE: <u>United States v. DeShawn Thomas 20 Cr. 626</u> (PMH) – Extension of time to file sentencing submissions

Dear Judge Halpern:

With the consent of the government, I write to request a 1-week extension of time to file sentencing submissions in this matter. Currently, the defense sentencing submission is due on March 1, 2023; and the government sentencing submission is due on March 8, 2023. Sentencing is scheduled for March 22, 2023. The additional time is necessary to gather background information pertaining to Mr. Thomas' personal and family history, for presentation to the Court. <u>See</u> 18 U.S.C. §3661. (No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.) Accordingly, I write to request a 1-week extension of time to file sentencing submissions in this matter.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc: A.U.S.A. Shiva Logarajah

---

Application granted. Defendant's sentencing submission is due March 8, 2023; and the Government's submission is due March 15, 2023.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
February 24, 2023