UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

**DESHAWN THOMAS,**

         Defendant.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:20-CR-00626-4 (PMH)

Sentencing in this matter is hereby rescheduled to May 25, 2023 at 4:00 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED.**

Dated: White Plains, New York
        May 9, 2023

_____
Philip M. Halpern
United States District Judge