## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

May 15, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Philip M. Halpern
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601-4150

RE:  United States v. DeShawn Thomas 20 Cr. 626 (PMH) – Change of counsel

Dear Judge Halpern:

Following the suggestion of the Court of Appeals in United States v. Malpiedi, 539 F.3 465, 470 (2d Cir. 1995), I submit this letter to promptly apprise the court that Mr. DeShawn Thomas would like to request a change of counsel. I am the second attorney appointed in this matter, assigned to represent Mr. Thomas with respect to sentencing. Mr. Thomas has lost trust and confidence in my advice, and this has led to a breakdown of communications and a failure to cooperate. As a result, I join Mr. Thomas' application for a change of counsel. However, should the Court decide to have me continue to represent Mr. Thomas, I am ready to proceed with sentencing in this matter, scheduled for May 25, 2023, at 2:00pm. Finally, I request that the Court schedule a hearing to address the matter of Mr. Thomas' representation.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

Cc:  A.U.S.A. Shiva Logarajah

---

In light of the pending request for change of counsel which has been referred to the Magistrate Judge, sentencing is adjourned from May 25, 2023 to **October 17, 2023 at 4:00 p.m.**

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
              May 19, 2023