UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :       **RESCHEDULING**
v.                                  :       **ORDER**
                                    :
**DESHAWN THOMAS,**                 :       7:20-CR-00626-4 (PMH)
                                    :
                      Defendant.    :
---------------------------------------------------------------x

         Due to a scheduling conflict, sentencing in this matter is hereby rescheduled to <u>October 24, 2023 at 10:00 a.m.</u> in Courtroom 520 at the White Plains Courthouse. Any supplemental submission by the Defendant shall be filed by October 6, 2023 (*see* Doc. 603). The Government's submission shall be filed by October 13, 2023.

         It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse for the scheduled sentencing.

**SO ORDERED.**

Dated: White Plains, New York
       October 3, 2023

_____
Philip M. Halpern
United States District Judge