UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
DESHAWN THOMAS,                     :
                                    :     7:20-cr-00626-PMH
                                    :
              Defendant.            :
-----------------------------------------------------------x

At the request of Defendant, sentencing in this matter currently scheduled for March 28, 2024 is rescheduled to July 25, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

The Court will advance the sentencing date if an earlier date becomes available so Defendant's submission is due by June 7, 2024. Government's submission is due by June 14, 2024.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

The Clerk of the Court is respectfully directed to terminate the pending letter-motion (Doc. 801).

**SO ORDERED:**

Dated: White Plains, New York
       January 30, 2024

_____
Philip M. Halpern
United States District Judge