UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DESHAWN THOMAS,

               Defendant.
-----------------------------------------------------------x

**ORDER**

7:20-CR-00626-4 (PMH)

The sentencing scheduled for December 5, 2024 is adjourned to December 23, 2024 at 10:00 a.m. at the White Plains Courthouse. It is the Government's responsibility to have the Defendant produced to the White Plains Courthouse at that time. There will be no adjournments of the sentencing date.

**SO ORDERED.**

Dated: White Plains, New York
        December 2, 2024

_____
Philip M. Halpern
United States District Judge