Based on defense counsel's representation that he has already sent or will send the documents in his possession requested by Defendant, to the extent they exist, Defendant's motion for court records is denied as moot. The Court will separately send defense counsel the Statement of Reasons that he shall also provide to Defendant. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 1039) and to mail a copy of this Order to Defendant at: # 19812-509, FCI El Ren, Federal Correctional Institution, P.O. Box 1500, El Reno, OK 73036.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 16, 2026

United States District Court
300 Quarropas Street
White Plains New York 10601

Judge phillip m Halpern

Case # 7-20-626-4

Name of Defendant:
Deshawn Thomas

## Motion For Court Records/Documents

Now comes the petitioner _____ pro se and moves this Honorable Court for a copy of the following Court Records/Documents

1) A Copy of Everything from my lawyer David Touger's File

2) A Copy of His Current Docket Sheet

3) A Copy of His Judgement and Committment papers

4) A Copy of His Statement of Reasons

5) A Copy Of All Court transcript hearings

The petitioner Is Currently In the process of preparing A 2255 motion And the Requested Documents Are essential to his litigation As well As to his Reply to Direct Appeal Brief.

The petitioner Is Currently Indigent And has Requested Such Documents From Appeal lawyer more than 10 Times From Him, However He never Sent Requested Documentation.

Respectfully Submitted

Deshawn Thomas

All Rights Reserved.
U.C.C. 1-103 1-102 / 1-104

3-1-2026

United States District Court
300 quarropas Street
White plains ; New York 10601

Court / Librarian.

CASE # ~ 7-20-626-4

NAME OF DEFendent:
DEshawn Thomas


I, Deshawn Thomas, writes this courts librarian for the copies of
these Cases:

United States vs. Deon

United States vs. Barrett

Also I Am Requesting A copy of the Amendment Right of the Constitution
of united states, Awn A copy of the "Bill of Rights"

I, the Defendant Is currently Indigent, and will pay for Documents we

I Am Able to.

Respectfully Submitted.

x ©O thomas All rights Reserved
UCC 1-102 1-103/
1-107

(4)

## PROOF OF SERVICE

The movant must send a copy of this motion for Authorization

And All Attachments to the united states District Court of whom he

was Convicted. All Contained 5 of 5 pages in total.

I Certify that on 3-1-2026, I mailed A Copy of this motion

For Authorization and All Attachments to: Court/Clerk

At the Following Address:   United states District Court
                            30 Quarropis Street
                            White plains, new york 10601

X ___D. Hor____ All Rights Reserved. U.C.C.
   Movant's Signature                    1-102 1-107/
                                         1-107

Pursuant to FED. R. App. P. 25 (A)(a)(C), "A paper filed by An Inmate
Confined In an Institution is timely filed If deposited In the Institution's
Internal mail System on or before the last date for filing. Timely filing of a
paper by an Inmate confined In an Institution may Be Shown by A Notarized
Statement or Declaration (In Compliance With 28 U.S.C. § 1746) Setting forth the
Date of Deposit and stating that first-class postage Has Been prepaid".



DEShaun ~~Thomas~~ ~~West Intersen~~

F.C.I. ~~FLR~~

Federal Correctional Institution

P.O. Box 1fcc

E ~~Reniginte~~ ~~Tilet~~

~~Illegal~~ ~~mail~~



Oklahoma City P&DC 73125
TUE 03 MAR 2026 PM

# Attention Clerk

United states District Court

300 quarropas street

white plains, New York 10601

# Attention Clerk

# Attention Clerk

USMWP
SDNY

Legal mail